Civil Action No. 12-C-195

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  UNKNOWN TenanT
was received by me on *(date)*  6-15-2012 .

☒ I personally served the summons on the individual at *(place)*  635 South Main Street
EL Mariachis RestauRant on *(date)*  6-18-12 3:05PM or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Eduardo Aviado , who is
designated by law to accept service of process on behalf of *(name of organization)*  EL Mariachis
RestauRant on *(date)*  6-18-2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $  75.00  for travel and $ _____ for services, for a total of $  75.00 .

I declare under penalty of perjury that this information is true.

Date:  6-20-2012

_____
*Server's signature*

PatRick L Zelzer
*Printed name and title*

P.O. Box 12554  Green Bay WI
*Server's address*  54307

Additional information regarding attempted service, etc: